IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PLANNED PARENTHOOD OF KANSAS AND MID-MISSOURI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SUSAN MOSIER, M.D., Secretary, Kansas Department of Health and Environment, in her official capacity, <br><br> Defendant. | No. 2:16-cv-2284 |

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME TO MOVE FOR ATTORNEYS' FEES AND COSTS**

COMES NOW, Plaintiffs, by and through their attorneys of record, and do hereby move the Court to enter the attached Order to Extend Time to Move for Attorneys' Fees and Costs, pursuant to Federal Rule of Civil Procedure 54(d) and Local Civil Rule 54.2, until August 10, 2019. In support of this Motion, Plaintiffs state as follows:

On April 15, 2019, this Court entered a stipulation of dismissal by the parties, which settled this litigation. This Court also entered an Order to extend Plaintiffs' time to move for attorneys' fees and costs to June 11, 2019, stipulated to by the parties. This extension was necessary because the parties intended to negotiate the issues regarding attorneys' fees and costs. Those negotiations have commenced, but counsel for Plaintiffs and counsel for Defendant agree that the allowance of additional time to the parties will facilitate the potential resolution of these issues. Therefore, Defendant does not oppose extending the time for Plaintiffs to move for attorneys' fees and costs to August 10, 2019.

Respectfully submitted this 4th day of June, 2019.

*s/* Jamie Kathryn Lansford
Jamie Kathryn Lansford D.Kan. #70220
Arthur A. Benson II D.Kan. #70134
Benson & Associates
4006 Central Avenue (Courier Zip: 64111)
P.O. Box 119007
Kansas City, Missouri 64171-9007
(816) 531-6565
(816) 531-6688 (telefacsimile)
jlansford@bensonlaw.com
abenson@bensonlaw.com

Diana O. Salgado*
Planned Parenthood Federation of America
Public Policy Litigation & Law
1110 Vermont Ave. NW
Washington, DC 20005
(212) 261-7800
(212) 247-6811 (telefacsimile)
diana.salgado@ppfa.org

*Attorneys for Planned Parenthood of Kansas & Mid-Missouri, Planned Parenthood of the St. Louis Region and Southwest Missouri, and Jane Does #1, #2, and #3*

*Admitted pro hac vice

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was served through the CM/ECF system on June 4, 2019, upon the following attorneys of record for the Defendant:

Brian Vazquez
Kansas Department of Health & Environment
1000 SW Jackson, Suite 560
Topeka, KS 66612-1371
785-296-0685
785-296-7119 (Fax)
Brian.Vazquez@ks.gov

                                                *s/* Jamie Kathryn Lansford
                                                Jamie Kathryn Lansford